Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the

Northern District of New York

_____ Division

U.S. DISTRICT COURT - N.D. OF N.Y.
**FILED**
MAR 2 8 2024
AT\_\_\_\_O'CLOCK\_\_\_\_
John M. Domurad, Clerk - Syracuse

Denyaii Bail
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Watertown PD and Criminal investigations Unit
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. 5:24-cv-438 (GTS/TWD)
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Denyall Ball
Address: 423 S Hamilton St
City: Watertown   State: NY   Zip Code: 13601
County: Jefferson
Telephone Number: 315-767-9043
E-Mail Address: Gummybearqueen17@yahoo.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Criminal investigations department
Job or Title (if known):
Address: 754 Waterman Dr.
City: Watertown   State: NY   Zip Code: 13601
County: Jefferson
Telephone Number: 315-782-2233
E-Mail Address (if known): WPd@watertown-ny.gov
☐ Individual capacity   ☑ Official capacity

Defendant No. 2
Name: Watertown Police department
Job or Title (if known):
Address: 751 Waterman Drive
City: Watertown   State: NY   Zip Code: 13601
County: Jefferson
Telephone Number: 315-782-2233
E-Mail Address (if known):
☐ Individual capacity   ☑ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

Defendant No. 3
- Name
- Job or Title *(if known)*
- Address
  - City  State  Zip Code
- County
- Telephone Number
- E-Mail Address *(if known)*

☐ Individual capacity  ☐ Official capacity

Defendant No. 4
- Name
- Job or Title *(if known)*
- Address
  - City  State  Zip Code
- County
- Telephone Number
- E-Mail Address *(if known)*

☐ Individual capacity  ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

*Civil Rights, Human Rights, Constitutional Rights*

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

*As a victim of remote neural monitoring, my rights are being violated.*

### III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

*Watertown NY.*

B. What date and approximate time did the events giving rise to your claim(s) occur?

*I don't have an approximate Date, Its been an ongoing unofficial investigation.*

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* *The first time I remember my mind being sent a photograph or video image wa in 2018. Then in 2020 during a neurology scan They sent some sort of imaging into my brain. They do this often. The scan was done in March of 2020. They have been periodically seizing my brain using the technology outlined in the Assembly Bill A8195. They have brainwashed me. They work on individual parts of my brain working on a "Program". They refer to it as "the System". It may have caused severe damage to my body and brain as I am not the same*

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I have sustained severe injuries in the past. Their technology had almost crippled me. They are trying to make it seem as if I have multiple personality disorder. The A.I has programmed different things in my mind that are absolutley awful. They have made changes in my emotions, my physiology my body, They have tried to hypnotize me. They have done this thing where they seem to broadcast my "voice print" to devices and people. They have sexually abused me so badly, they have physically abused me, mentally. They seem to have taken things from my home. They have a program that can change my handwriting slightly. They have harassed me, every morning my brain seems to be different as they fill the parts with lies and terrible images. They threaten to dump it into my consciousness and then they threaten I will be killed or worse. I want off the "system"!

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I am seeking money damages. In the amount of 150,000.00 for the extreme brutal force, almost lethal force, extreme sexual abuse, cruel and unusual punishment, physical abuse, mental abuse and suffering the extreme interrogation techniques the confusion, loss of use of my brain, the invasive brain wave patterns, the sent video feeds, texts and disgusting false accusations they constantly have done, the way they have ruined my life, sending me to the hospital against my will where I was given a psycotropic medication in a brutal way against my will, all the breakins and items they have taken from my home in the past in hopes to frame me as what seems to be some kind of terrible criminal, emotional damages as well. I also want the court to help me get off their "system"!

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 3.15.24

Signature of Plaintiff: Denyall Ball Denyall Ball

Printed Name of Plaintiff: Denyall Ball Denyall Ball

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
          City       State    Zip Code
Telephone Number: _____
E-mail Address: _____

Denyall Ba[...]
423 S Hamil[...]
Watertown NY 13601

  



Northern District of New York
P.O. Box 7198
100 South Clinton Street
Syracuse NY 13261-7198



U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK
MAR 2 8 2024
RECEIVED



U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
MAR 2 8 2024
AT _____ O'CLOCK _____
John M. Domurad, Clerk - Syracuse